UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------X

Ferrin Green and Know Your Dope L.L.C.,

      *Plaintiffs,*

v.

Run-DMC Brand LLC, NBCUniversal Media, LLC; Peacock TV LLC, Believe Entertainment Group, LLC, Erik Blamoville Sr., and Erik Blamoville Jr.,

      *Defendants.*

-------------------------------------------------- X

Case No.: 1:24-cv-03900

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE**, that Jason Lampert of Salzano Ettinger Lampert & Wilson, LLP does hereby enter his appearance on behalf of Defendants Run-DMC Brand LLC, Erik Blamoville Sr., and Erik Blamoville Jr. in the above-captioned matter.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
    June 24, 2024

            Respectfully submitted,

            __/s/ Jason Lampert_____
            Jason Lampert, Esq.
            Salzano Ettinger Lampert & Wilson, LLP
            104 West 40th Street, 14th Floor
            New York, New York 10018
            SDNY Bar No.: JL1313
            Telephone: (212) 375-6746
            Facsimile: (646) 365-3119
            jlampert@selwlaw.com

TO: All Counsel via ECF

1