UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ferrin Green and Know Your Dope L.L.C., <br><br> *Plaintiffs*, <br><br> - against – <br><br> Run-DMC Brand LLC, NBCUniversal Media, LLC, Peacock TV LLC, Believe Entertainment Group, LLC, Erik Blamoville Sr., and Erik Blamoville Jr., <br><br> *Defendants*. | Case No. 1:24-cv-03900 <br><br> **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF NOTICES AND PAPERS** |

**TO THE CLERK OF THIS COURT AND ALL COUNSEL OF RECORD:**

    **PLEASE TAKE NOTICE** that Laura D. Castner, an attorney with Mazzola Lindstrom LLP and admitted to practice before this Court, hereby enters her appearance as counsel for Plaintiffs Ferrin Green and Know Your Dope L.L.C. in the above-captioned matter, and demands that all notices required to be given and all papers required to be served herein be given and served at:

Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor
New York, New York 10019
Attn: Laura D. Castner
Tel. No.: (310) 694-8585
Email: Laura@mazzolalindstrom.com

Dated: New York, New York
       August 5, 2024

                                            **MAZZOLA LINDSTROM LLP**

                                By: _____
                                          Laura D. Castner

1

        1350 Avenue of the Americas, 2nd Floor
        New York, New York
        (310) 694-8585
        Laura@mazzolalindstrom.com
        *Attorneys for Plaintiffs Ferrin Green and Know Your Dope L.L.C.*