**MAZZOLA LINDSTROM** LLP

Aimée Scala, Esq.
aimee@mazzolalindstrom.com
M: (917) 913-8763

December 10, 2025

**VIA ECF**

Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square, Courtroom 619
New York, NY 10007

RE:   *Green et al. v. Run-DMC Brand, LLC et al.*, No. 1:24-cv-03900

Dear Judge Ramos:

Our firm represents the plaintiffs Ferrin Green and Know Your Dope, LLC ("Plaintiffs") in the above-captioned action. We submit this letter jointly with defendants Believe Entertainment Group, LLC, NBCUniversal Media LLC, and Peacock TV LLC (the "Believe Defendants"), as well as Run-DMC Brand, LLC, Erik Blamoville Sr., and Erik Blamoville Jr. (the "Run-DMC Defendants").

The parties write to jointly request that the Court (1) referring this matter to the Magistrate Judge assigned to this action, the Hon. Ona T. Wang, for settlement purposes; and (2) order a modest extension of discovery and other deadlines in this action in order to facilitate the parties' efforts at settling this case.

**Settlement Conference**

The parties would like to proceed with the scheduling of a settlement conference before Judge Wang and request that the Court refer this matter to Judge Wang so that the parties can schedule a settlement conference. The parties have exchanged written discovery and documents, and believe the matter is at an inflection point where a settlement conference would be most beneficial, *i.e.*, prior to the expense of depositions and expert discovery.

**Request for Extension of Time**

Pursuant to Rule 1.E. of the Court's Individual Practices, the parties state as follows:

i.   The original date for the completion of fact discovery in this action is January 10, 2026;
ii.  No previous requests for an extension of time have been requested by any party;
iii. N/A
iv.  The reason for the parties' request for an extension of time to complete fact discovery is to allow sufficient time for the parties to conduct a settlement conference before the Hon. Ona T. Wang. While the parties have been engaged in informal settlement discussions, they have not made sufficient progress towards settling the action and believe a settlement conference with Judge Wang could be beneficial in this regard and accordingly seek an extension of time to complete fact discovery in order to facilitate that effort; and

v.  All parties consent to the requested relief and jointly submit this request.

A proposed Revised Scheduling Order is attached to this letter as Exhibit A.

Respectfully submitted,

*Aimée Scala*

Aimée Scala

cc:  All counsel (via ECF)